IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GLEN LAMAR BAILEY,

    Petitioner,

-vs-

JAMES CROSS,

    Respondent.                                              No. 15-cv-819-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 21, 2015 (Doc. 12), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the Respondent.

          JUSTINE FLANAGAN,
          ACTING CLERK OF COURT

          BY:  s/*Caitlin Fischer*
                **Deputy Clerk**

DATED: September 21, 2015

Digitally signed by David R. Herndon
Date: 2015.09.21 11:56:07 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT