IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GLEN LAMAR BAILEY,

    Petitioner,

  -vs-

JAMES CROSS,

    Respondent.                              No. 15-cv-819-DRH

### AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 29, 2015 (Doc. 14), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is now **DISMISSED without prejudice** and the judgment entered on September 21, 2015 (Doc. 13) is VACATED.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY: *s/Caitlin Fischer*
                                            **Deputy Clerk**

**DATED:** September 30, 2015

Digitally signed by David R. Herndon
Date: 2015.09.30 10:32:49 -05'00'

**APPROVED:**
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT